```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09534
    HENRY L CHANDLER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1310


----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 05/25/2007 and was not confirmed.

    The case was dismissed without confirmation 08/22/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
DELL FINANCIAL SERVICES   SECURED              200.00        .00            .00
DELL FINANCIAL SERVICES   UNSECURED            159.51        .00            .00
FORD MOTOR COMPANY        SECURED VEHIC      15791.00        .00            .00
TAYLOR BEAN & WHITAKE     SECURED NOT I    NOT FILED        .00            .00
WORLD FINANCIAL NETWORK   SECURED              100.00        .00            .00
WORLD FINANCIAL NETWORK   UNSECURED             75.17        .00            .00
CAPITAL ONE               UNSECURED        NOT FILED        .00            .00
CAPITAL ONE               UNSECURED           3560.78        .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED            182.53        .00            .00
CHASE BANK USA NA         UNSECURED           3598.55        .00            .00
CITIFINANCIAL             FILED LATE             .00         .00            .00
ECAST SETTLEMENT CORP     UNSECURED          14356.30        .00            .00
WELLS FARGO FINANCIAL BA  UNSECURED           7181.94        .00            .00
TAYLOR BEAN AND WHITAKER  NOTICE ONLY     NOT FILED         .00            .00
TAYLOR BEAN & WHITAKE     SECURED NOT I        .00          .00            .00
CLC CONSUMER SERVICES     UNSECURED           5812.75        .00            .00
*FELD & KORRUB            DEBTOR ATTY       1,494.00                       .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

    Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                     ---------------    ---------------
TOTALS                       .00                      .00


              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09534 HENRY L CHANDLER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
|  | /s/ Tom Vaughn |
| Dated: 12/05/07 | _____ |
|  | TOM VAUGHN |
|  | CHAPTER 13 TRUSTEE |